JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIOVANNY GONZALEZ-SANTOS,<br><br>        Petitioner,<br><br>        v.<br><br>ERIC HOLDER, JR.,<br><br>        Respondent. | No. CV 14-09498-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: 02/03/2016

_____
PHILIP S. GUTIERREZ
United States District Judge